UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

File No: 1:07-CR-236

v.

HON. ROBERT J. JONKER

PHILLIP NELSON,

      Defendant.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was served on the parties, and no objection has been filed within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (docket # 27) is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Phillip Nelson's plea of guilty to Counts 1 and 2 of the Indictment is accepted. Defendant Phillip Nelson is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Phillip Nelson shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 p.m., March 31, 2008**. Defendant Phillip Nelson shall be detained pending sentencing, based on the mandatory provisions of 18 U.S.C. § 3143(a).


Dated:    March 18, 2008        /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE